W. H. DAVIS, VIRGINIA G. DAVIS AND EDWARD B. HOPE, TRUSTEE, v.
R. T. WALKER.

(Filed 22 May, 1957.)

APPEAL by defendant from *McKeithen, S. J.,* and a jury, October Term, 1956, of CUMBERLAND.

Civil action in trespass.

The plaintiffs alleged that the defendant sawmill operator in cutting timber on lands adjoining theirs wrongfully crossed the boundary line and cut and removed valuable timber from their lands.    The defendant denied the material allegations of the complaint and pleaded the statute of limitations and estoppel.    All issues raised by the pleadings were submitted to the jury and answered in favor of the plaintiffs.    From judgment on the verdict awarding the plaintiffs damages in the sum of $3,116.00, the defendant appeals.

*Robert H. Dye for defendant, appellant.*
*Oales, Quillin & Russ for plaintiffs, appellees.*

PER CURIAM.    The defendant has brought forward eight assignments of error.    They relate to the reception and exclusion of evidence and to the charge of the court.    All of them have been carefully examined, and when tested by settled principles of law, no prejudicial error is revealed.    None of the assignments presents any new question of law requiring discussion.

The defendant moved in this Court for a new trial on the ground of newly discovered evidence.    The motion and supporting affidavits have been examined.    The facts presented, when tested by the controlling principles of law, fail to disclose sufficient merit to justify a new trial. The motion is denied.

In the trial below we find

No error.